**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Samuel PALEMON–VARGAS,
Defendant–Appellant.**

**No. 12–40354
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

May 13, 2013.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Samuel Palemon–Vargas, Raymondville, TX, pro se.

Before KING, CLEMENT, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Samuel Palemon–Vargas has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Palemon has not filed a response. He has been released from prison and has been removed from the United States. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur

the limited circumstances set forth in 5ᴛʜ Cɪʀ. R. 47.5.4.

with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED in part as frivolous, *see* 5TH CIR. R. 42.2, and in part as moot. *See United States v. Rosenbaum–Alanis,* 483 F.3d 381, 382–83 (5th Cir.2007).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.